APPEAL NO. 77-263. CENTRAL FALLS CITY COUNCIL *v.* GEORGE CROSS *et al.* Appellees' motion to dismiss this appeal as moot is granted. Mr. Justice Doris did not participate. *Paul G. MacLean,* City Solicitor, for appellant. *James M. Shannahan, David H. Nelson,* for appellees.

APPEAL NO. 78-422. KARLA J. MAJOR *v.* JOHN S. MAJOR. Appellee's motion that this appeal be sustained is denied. Mr. Justice Doris did not participate. *Palmieri & Carr, Dorothy A. Carr,* for appellant. *McOsker, Isserlis & Davignon, Michael Fitzpatrick,* for appellee.

January 18, 1979.

M. P. No. 77-29, M. P. No. 76-282. LEWIS B. BISCHOFF *et al. v.* DEEB SARKAS. Respondent's petition to reargue is denied. Mr. Justice Doris did not participate. *Archibald B. Kenyon, Jr.,* for petitioners. *Moses Kando,* for respondent.

M. P. No. 78-272. PATRICIA A. SABETTI AND JAMES J. SABETTI *v.* KENT COUNTY MEMORIAL HOSPITAL AND DR. JOHN M. VESEY. The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Hanson, Curran & Parks, Robert D. Parrillo, Dennis J. McCarten,* for Dr. John M. Vesey-defendant-petitioner.

᠉ M. P. No. 78-354. AMERICAN INTERNATIONAL HEALTH SERVICES, INC. *v.* THE RHODE ISLAND DEPARTMENT OF HEALTH, JOSEPH D. CANNON, M.D. *et al.* The petition for writ of certiorari is denied. Mr. Justice Doris did not participate. *Moore, Virgadamo & Lynch, Ltd., Jeremiah C. Lynch, Jr.,* for petitioner. *Mary Ellen McCabe,* Chief Legal Counsel, Department of Health, for respondent.